IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Corporate Excise Tax

| | | |
|---|---|---|
| EXXON MOBIL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 140325D |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **FINAL DECISION OF DISMISSAL** |

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered December 18, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision of Dismissal was entered. See TCR-MD 16.

This matter is before the court on Plaintiff's Motion to Withdraw Complaint (Motion), filed December 5, 2014, requesting that its appeal be withdrawn. In its Answer filed August 15, 2014, Defendant did not assert a counterclaim. As of the date of this Decision of Dismissal, Defendant has not filed a response to Plaintiff's Motion. Having considered Plaintiff's Motion, the court finds that the case should be dismissed. Now therefore,

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ____ day of January 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*
*This document was signed by Presiding Magistrate Jill A. Tanner on January 12, 2015. The court filed and entered this document on January 12, 2015.*